## IN THE MATTER OF THE APPLICATION OF SHOTARO HOKAMURA FOR A WRIT OF HABEAS CORPUS.

### March 31, 1916.

*Aliens—Immigration—Domiciled aliens:*  The Immigration Act, 34 Stat. 898, as amended, applies to domiciled aliens returning to Hawaii after temporary absence abroad, regardless of whether they established their domicile here before or after annexation.

*Habeas Corpus:*  Hearing on return to writ.

*John W. Cathcart* for petitioner.
*H. W. Vaughan,* U. S. District Attorney, for respondent.

CLEMONS, J.    There is no need of any extended discussion of the evidence in this case, it being ample to sustain the deportation order of the Secretary of Labor.

As to the contention, that the alien having come to Hawaii before Annexation, and established a domicil here, and being now here on return from a temporary absence, he is not within the contemplation of the law,—following the ruling of this court in *In re Ching Lum,* ante, p. 376: This contention is in my opinion, disposed of by *Lapina v. Williams,* 232 U. S., 78, in view of the fact that after Annexation the alien went out of the country on a year's visit to Japan.    Under the authority just cited, the Immigration Act applies to domiciled aliens returning to the country as well as to aliens coming here for the first time.

Let the writ be dismissed and the petitioner be remanded to the custody of the respondent.